**IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF FLORIDA
FT. MYERS DIVISION**

| | |
|---|---|
| ACHTE/NEUNTE BOLL KINO BETEILIGUNGS GMBH & CO KG,<br>Plaintiff,<br><br>v.<br><br>KIM ZIMMERMAN,<br>Defendant. | Case No. 2:11-cv-00071-JES-DNF |

**NOTICE OF APPEARANCE**

The undersigned counsel, Bradford A. Patrick, Esq. of Law Offices of Bradford A. Patrick PA, enters his appearance on behalf of Defendant Kim ZIMMERMAN in the above-styled cause of action, and requests that copies of all pleadings, motions, notices, orders, correspondence, discovery and all other papers filed in this cause be served upon Defendant.

    /s/ Bradford A. Patrick
Bradford A. Patrick, Esq.
LAW OFFICE OF BRADFORD A. PATRICK, PA
Florida Bar No.: 0529850
3001 North Rocky Point Drive East, Ste 200
Tampa, FL 33607
Telephone: (813) 384-8548
Facsimile: (813) 333-7321
bap@baplegal.com

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on March 14, 2011, a true and correct copy of the foregoing was served on all counsel or parties of record on the attached service list by the means set forth on the Service List.

                                                     /s/ Bradford A. Patrick\
                                                     Bradford A. Patrick, Esq.

## SERVICE LIST

**Jeffrey W. Weaver**\
Dunlap, Grubb & Weaver, PLLC\
199 Liberty Street, S.W.\
Leesburg, VA 20175\
703/777-7319\
Fax: 703/777-3656\
jweaver@dglegal.com\
Counsel for Plaintiff