UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
Ft. Myers Division

| | |
|---|---|
| ACHTE/NEUNTE BOLL KINO BETEILIGUNGS GMBH & CO KG, | )<br>)<br>) |
| Plaintiff, | ) |
| v. | ) C.A. **2:11-cv-00071-JES-DNF** |
| KIM ZIMMERMAN, | ) |
| Defendant. | ) |

**NOTICE OF PENDENCY OF OTHER ACTIONS**

Pursuant to the Court's Order and Local Rule 1.04, I certify that the instant action is related to the following civil cases, which involve the same Plaintiff and same copyrights:

-*Achte/Neunte Boll Kino Beteiligungs Gmbh & Co Kg v. Canales*, Case No. 2:11-cv-00069-CEH-SPC, pending in the United States District Court for the Middle District of Florida

-*Achte/Neunte Boll Kino Beteiligungs Gmbh & Co Kg v. Palmer*, Case No. 2:11-cv-00070-JES-SPC, pending in the United States District Court for the Middle District of Florida

-*Achte/Neunte Boll Kino Beteiligungs Gmbh & Co Kg v. Felix*, Case No. 2:11-cv-00072-JES-DNF, pending in the United States District Court for the Middle District of Florida

-*Achte/Neunte Boll Kino Beteiligungs Gmbh & Co Kg v. Jones*, Case No. 1:11-cv-00347-WYD, pending in the United States District Court for the District of Colorado

-*Achte/Neunte Boll Kino Beteiligungs Gmbh & Co Kg v. Hennessy*, Case No. 11-10266, pending in the United States District Court for the District of Massachusetts

-*Achte/Neunte Boll Kino Beteiligungs Gmbh & Co Kg v. Peatfield*, Case No. 11-10267, pending in the United States District Court for the District of Massachusetts

-*Achte/Neunte Boll Kino Beteiligungs Gmbh & Co Kg v. Plebaniak*, Case No. 11-10268, pending in the United States District Court for the District of Massachusetts

-*Achte/Neunte Boll Kino Beteiligungs Gmbh & Co Kg v. Ross*, Case No. 11-10269, pending in the United States District Court for the District of Massachusetts

-*Achte/Neunte Boll Kino Beteiligungs Gmbh & Co Kg v. Neal and Does 1-139*, Case No. 1:10-cv-00453-RMC, pending in the United States District Court for the District of Columbia

-*Achte/Neunte Boll Kino Beteiligungs Gmbh & Co Kg v. Lucini*, Case No. 8:11-cv-00213-RWT, pending in the United States District Court for the Southern District of Maryland

-*Achte/Neunte Boll Kino Beteiligungs Gmbh & Co Kg v. Peele*, Case No. 3:11-cv-00055-HEH, in the United States District Court for the Eastern District of Virginia [closed]

-*Achte/Neunte Boll Kino Beteiligungs Gmbh & Co Kg v. Adams*, Case No. 3:11-cv-00075-RCC, pending in the United States District Court for the Southern District of West Virginia

-*Achte/Neunte Boll Kino Beteiligungs Gmbh & Co Kg v. George*, Case No. 3:11-cv-00076-RCC, pending in the United States District Court for the Southern District of West Virginia

Defendant Zimmerman is not a named party in any of the other actions.

I further certify that I will serve a copy of this Notice of Pendency of Other Actions upon each party no later than fourteen (14) days after appearance of the party.

                                  Respectfully Submitted,

                                  s/ Jeffrey W. Weaver

DATED:  March 16, 2011         Jeffrey W. Weaver
                                  Florida Bar No. 178780
                                  Attorney for Plaintiff Achte/Neunte Boll
                                  Kino Beteiligungs Gmbh & Co Kg
                                  DUNLAP, GRUBB & WEAVER, PLLC
                                  199 Liberty Street, SW
                                  Leesburg, VA 20175
                                  Telephone: 703-777-7319
                                  Facsimile: 703-777-3656
                                  jweaver@dglegal.com