UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
Ft. Myers Division

|  |  |  |
|---|---|---|
| ACHTE/NEUNTE BOLL KINO BETEILIGUNGS GMBH & CO KG, | ) ) ) ) | |
| Plaintiff, | ) ) | |
| v. | ) ) | C.A. **2:11-cv-00071-JES-DNF** |
| KIM ZIMMERMAN, | ) ) ) | |
| Defendant. | ) ) | |

**PLAINTIFF'S RESPONSE TO ORDER TO SHOW CAUSE [DOC. NO. 18]**

Plaintiff hereby responds to the Court's Order to Show Cause directing the parties to show cause why this case should not be dismissed pursuant to Local Rule 3.10 for lack of prosecution due to the non-filing of a Case Management Report within the time prescribed by Local Rule 3.05(c)(2)(B).

Plaintiff's counsel has not received any correspondence or communications from Defendant's counsel. Plaintiff's counsel will promptly contact Defendant's counsel to confer on case management and scheduling, and the parties will promptly thereafter file a Case Management Report. Further, Plaintiff's counsel intends to retain local counsel in this district to assist in prosecuting this case but has not been able to retain local counsel at this time.

Therefore, Plaintiff respectfully requests that the Court not dismiss this case.

2

                                                        Respectfully Submitted,

                                                        s/ Jeffrey W. Weaver
DATED: September 19, 2011            Jeffrey W. Weaver
                                                        Florida Bar No. 178780
                                                         Attorney for Plaintiff Achte/Neunte Boll
                                                         Kino Beteiligungs Gmbh & Co Kg
                                                         DUNLAP, GRUBB & WEAVER, PLLC
                                                         199 Liberty Street, SW
                                                         Leesburg, VA 20175
                                                         Telephone: 703-777-7319
                                                         Facsimile: 703-777-3656
                                                         jweaver@dglegal.com

## CERTIFICATE OF SERVICE

      I hereby certify that on September 19, 2011, I electronically filed the foregoing PLAINTIFF'S RESPONSE TO ORDER TO SHOW CAUSE [DOC. NO. 18] with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following:

Bradford A. Patrick, Esq.
LAW OFFICE OF BRADFORD A. PATRICK, PA
Florida Bar No.: 0529850
3001 North Rocky Point Drive East, Ste 200
Tampa, FL 33607
Telephone: (813) 384-8548
Facsimile: (813) 333-7321
bap@baplegal.com
*Attorney for Defendant*

                                    s/ Jeffrey W. Weaver
                                    Jeffrey W. Weaver
                                    Florida Bar No. 178780
                                    Attorney for Plaintiff,
                                    Attorney for Plaintiff Achte/Neunte Boll
                                    Kino Beteiligungs Gmbh & Co Kg
                                    199 Liberty Street, SW
                                    Leesburg, VA 20175
                                    Telephone: 703-777-7319
                                    Facsimile: 703-777-3656
                                    jweaver@dglegal.com