UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
FORT MYERS DIVISION

ACHTE/NEUNTE BOLL KINO BETEILIGUNGS
GMBH & CO. KG,

        Plaintiff,

vs.                          Case No.  2:11-cv-71-FtM-29DNF

KIM ZIMMERMAN,

        Defendant.
_____

**ORDER**

On September 12, 2011, the Court issued an Order to Show Cause (Doc. #18) directing plaintiff to show cause why the case should not be dismissed for failure to file a Case Management Report. In response, plaintiff filed a Response (Doc. #19) requesting additional time because local counsel is required to assist in prosecution of the case, and because opposing counsel has since been contacted. Upon review, the Court will grant a brief extension of time to comply.

Accordingly, it is now

**ORDERED:**

The request for an extension of time, contained in the Response (Doc. #19), is **GRANTED**. The parties shall file a joint Case Management Report within **FOURTEEN (14) DAYS** of this Order.

**DONE AND ORDERED** at Fort Myers, Florida, this __3rd__ day of October, 2011.

*/s/ John E. Steele*
JOHN E. STEELE
United States District Judge

Copies:  Counsel of record; DCCD